IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAYNE E. REINSTADLER, et al., | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 04-0831 |
| | ) |
| vs. | ) Judge Gary Lancaster |
| | ) |
| GENERAL ELECTRIC COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

It is hereby ORDERED that Defendant General Electric Company's Motion to Stay Decision Based on Agreement to Mediate is GRANTED. This case is stayed until October 9, 2006. Discovery shall conclude October 30, 2006. A Post-discovery status conference will be held before the undersigned on Friday, November 3, 2006 at 2:30 PM.

So ORDERED _____10th July_____, 2006.

_____
Gary L. Lancaster
United States District Judge