IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAYNE E. REINSTADLER, et al., | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 04-0831 |
| | ) |
| vs. | ) Judge Gary Lancaster |
| | ) |
| GENERAL ELECTRIC COMPANY, | ) |
| | ) |
| Defendant. | ) |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURTS:

Kindly withdraw the appearance of Amy N. Williamson, Esquire as counsel of record for Defendant General Electric Company, in the above-captioned action.

Respectfully submitted,

/s/ Amy N. Williamson
Amy N. Williamson, Esq.
PA ID. #90657

Counsel for Defendant,
General Electric Company

SO ORDERED, this 31st day of October, 2006.

Gary L. Lancaster, U.S. District Judge