IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAYNE E. REINSTADLER, et al., | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 04-0831 |
| | ) |
| vs. | ) Judge Gary Lancaster |
| | ) |
| GENERAL ELECTRIC COMPANY, | ) |
| | ) |
| Defendant. | ) |

### ORDER OF COURT

This claim filed against General Electric Company involves 15 individual cases involving 17 Plaintiffs. These cases were filed as a consolidated group from the beginning for the purpose of judicial economy. There was no objection to the consolidation of these 15 individual cases. When cases are consolidated for this purpose, they do not lose their separate identities. See, Goodrich Corp. v. Emhart Indusries, Inc., 2005 U.S. Dist. LEXIS 25158, at 3.

The Plaintiffs filed their First Set of Interrogatories and Requests for Production of Documents on February 2, 2006. The First Set of Interrogatories comprised one document containing 65 Interrogatories. Plaintiffs could have filed upon the Defendant 15 sets of Interrogatories containing 25 Interrogatories each for a total of 375 Interrogatory questions. On March 6, 2006, Plaintiffs filed a Motion to Compel. Defendant responded on March 9, 2006. Defendant objected to answering these Interrogatories stating that the Interrogatories violate

Fed.R.Civ.P. 33(a) to the extent that the request exceeded twenty-five (25) in number without leave of Court or written stipulation.

Plaintiffs' Interrogatory requests are reasonable and are not violative of Fed.R.Civ.P. 33(a).

For the reasons stated above, the Defendant is to provide full and complete answers to Plaintiffs' First Set of Interrogatories within fifteen (15) days unless the attorneys of record agree to an extension. Any extension shall be in the form of a Stipulated Order signed by counsel for both parties and filed with the Court.

_____ J.
12/8/06