IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WAYNE E. REINSTADLER, ET AL.   )
    Plaintiffs,              )
                               )
v.                             )   Civil Action No.  04-831
                               )
GENERAL ELECTRIC COMPANY,      )
    Defendant.               )

### ORDER

It is HEREBY ORDERED that Defendant's Motion To Compel Discovery [document #31] is DENIED AS MOOT per this Court's order of December 7, 2006 [document #39].

BY THE COURT:

_____, J.

Date:  December 28, 2006

cc:  All Counsel of Record