IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAYNE E. REINSTADLER, an individual and GLORIA J. REINSTADLER, his wife,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY,<br><br>Defendant. | CIVIL ACTION<br><br>No.: 04-0831<br>(Consolidated with:<br>04-832, 04-834 and 04-835)<br><br>Judge Gary Lancaster |

**ORDER OF COURT**

AND NOW, this 9th day of May, 2007, it is hereby ORDERED, ADJUGED and DECREED that Plaintiffs' Motion to Amend Complaint is hereby granted.

BY THE COURT:

Gary L. Lancaster
United States District Judge