IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WAYNE E. REINSTADLER, an individual and GLORIA J. REINSTADLER, his wife, | : | Civil Action No. 04-0831 |
| | : | Consolidated with:     No. 04-832 |
| Plaintiffs, | : | No. 04-834 and |
| | : | No. 04-836 |
| v. | : | |
| | : | |
| GENERAL ELECTRIC COMPANY, | : | Judge Gary Lancaster |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, to-wit, this ___19th___ day of ~~May~~ June, 2007, following consideration of

the foregoing Motion it is hereby ORDERED and DECREED that said Motion is granted and

each of the following cases which are currently pending in this Court against General Electric

Company are hereby dismissed with prejudice:

1.  Wayne E. Reinstadler, an individual and Gloria J. Reinstatler, his wife v. General Electric Company (Civil Action No. 04-0831);

2.  Ronald W. Czarnecki, and individual and Wendy R. Czarnecki, his wife v. General Electric Company (Civil Action No. 04-0832);

3.  Joseph Mizia, an individual and Kristin Mizia, his wife v. General Electric Company (Civil Action No. 04-0834); and

4.  Leonard Walnoha; Diane Nagel; George Ward; Thomas Shinshasky; Wayne Cumer; William Kress; Anthony Pagliai; Eric DeJohn; Robert Tinney; Theresa A. Quinn, Administratrix of the Estate of William Quinn, deceased; Richard Reading; James Porter and Frank Visnikar v. General Electric Company (Civil Action No. 04-835).

_____
UNITED STATES DISTRICT JUDGE